IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SHARINA SCOTT                                                                                       PLAINTIFF

VERSUS                                                             CIVIL ACTION NO. 1:03cv213WJG-JMR

COMMISSIONER OF SOCIAL SECURITY                                                      DEFENDANT

## JUDGMENT

This matter having come on this date to be heard upon the Report and Recommendation [19] of United States Magistrate Robert H. Walker entered in this cause on or about August 24, 2006, and the Court, having adopted said Report and Recommendation as the finding of this Court by order entered this date, finds that this matter should be dismissed. It is, therefore,

ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 27th day of September, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE